B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### District of Colorado

In re **Kirk Alan Fondy   Elizabeth Ryan Fondy**,       Case No. _____
             Debtors                                                      Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:**<br>**Eagle Legacy Credit Union** | **Describe Property Securing Debt:**<br>**2002 Chevrolet Silverado HD 4x4 Truck**<br>**110,000 miles**<br>**good condition** |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

Property No. 1

| **Lessor's Name:**<br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |
|---|---|---|

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **10/14/2009**                                   **s/ Kirk Alan Fondy**
                                                       **Kirk Alan Fondy**
                                                       Signature of Debtor

B 8 (Official Form 8) (12/08)

Page 2

**s/ Elizabeth Ryan Fondy**
**Elizabeth Ryan Fondy**
Signature of Joint Debtor (if any)